# MEMO ENDORSED

**ROBERT N. ISSEKS, ESQ.**
OFFICES OF LAW
**6 NORTH STREET**
**MIDDLETOWN, NEW YORK 10940**
(845) 344-4322
FAX (845) 341-1760
isseks@frontiernet.net

**VIA FAX (212) 805-7906**

October 14, 2005

Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/05

Re: *Anthony L. Di Pippo v. Joseph T. Smith*, 04 CIV 6931 (DC)

Dear Judge Chin:

Abraham Abramovosky, Esq., and I represent the petitioner in the above matter.

On August 17, 2004, your Honor granted our request for a 60 day extension of the time within which Mr. DiPippo must pursue his state court remedies, setting a new deadline of October 25, 2005.

When we made that request, we believed that we could complete our investigation and preparation of the motion within that time. The completion of the motion is taking longer than anticipated and we must therefore respectfully request an additional 30 days to finalize and submit petitioner's state court papers.

Thank you for your consideration to this.

Respectfully yours,

Robert N. Isseks

Approved.
SO ORDERED.
USDJ
10/14/05

RNI:lcv
cc: Kevin L. Wright, Esq.
   (via fax 845-225-5825)